MARY KENNY et al., as Executrices of ESTHER WALSH, Deceased, Respondents, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Walsh* v. *Metropolitan Life Ins. Co.,* 119 App. Div. 928, affirmed.
(Submitted December 5, 1907; decided December 20, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

35

May 15, 1907, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover on a policy of life insurance.

*Isaiah Fellows* and *D. C. McElwain* for appellant.

*John W. Roddy* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ. Not sitting: CHASE, J.